IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOWARD TOGO WOOD, JR.,**                                                     **PLAINTIFF**
**ADC #155339**

**V.**                  **NO. 4:20-CV-1386-BRW-JTR**

**SHERI FLYNN,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections to the Recommended Disposition have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's case is dismissed, without prejudice, for failure to state a claim. The dismissal will count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 24th day of June, 2021.


                                                       Billy Roy Wilson_____
                                                       UNITED STATES DISTRICT JUDGE