IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOWARD TOGO WOOD, JR.,**                                                      **PLAINTIFF**
**ADC #155339**

V.                      NO. 4:20-CV-1386-BRW-JTR

**SHERI FLYNN,** *et al.*                                                   **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered and adjudged that this case is dismissed, without prejudice. The requested relief is denied.

IT IS SO ORDERED this 24th day of June, 2021.

                                                                               Billy Roy Wilson
                                                                      UNITED STATES DISTRICT JUDGE